Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 C 50315 | DATE | 2/05/2004 |
| CASE TITLE | | USA vs. Kato | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse memorandum opinion and order, the court grants the motion for an extension of time to file a notice of appeal and denies the motion for a certificate of appealability.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| ✓ | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | FEB 06 2004 | 20 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 2-6-04 date mailed notice | |
| LC courtroom deputy's initials | | Date/time received in central Clerk's Office | mailing deputy initials | |

# MEMORANDUM OPINION AND ORDER

Timothy Kato, a federal prisoner, has filed a motion for an extension of time to file a notice of appeal pursuant to Fed. R. App. P. 4(a)(5) and a "memorandum as to certificate of appealability." The court considers the memorandum as a motion for a certificate of appealability.

The court grants Kato's motion for leave to file a late notice of appeal. Due to Kato being pro se and the confusing nature of the timing of the various orders entered and motions filed in this case pertaining to the denial of Kato's section 2255 motion and his "motion for rehearing," the court finds excusable neglect and good cause to allow a late notice of appeal as to both the denial of the section 2255 motion and the "motion for rehearing."

As for the motion for a certificate of appealability, the court denies it as there has been no substantial showing of the denial of a constitutional right as to either the denial of the section 2255 motion or the denial of the "motion for rehearing."